UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUAWNRICO O'NEAL,

    Plaintiff,

v.

    Case No.: 1:13-cv-864

    HONORABLE PAUL L. MALONEY

UNKNOWN PARTIES, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 5). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for a temporary restraining order or preliminary injunction (ECF No. 4) is **DENIED**.

Dated: September 18, 2013            /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         Chief United States District Judge