UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUAWNRICO O'NEAL,

        Plaintiff,        Case No. 1:13-cv-864

v.

                             Honorable Paul L. Maloney

UNKNOWN PART(Y)(IES),

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $400.00 civil action filing fee.

Dated:   November 1, 2013                  /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge